FILE COPY

No. 07-19-00269-CR

| | | |
|---|---|---|
| Josue Julio Garcia-Morales<br>   Appellant | § | From the 47th District Court<br>   of Potter County |
| | § | |
| v. | | June 21, 2021 |
| | § | |
| The State of Texas<br>   Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 21, 2021, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o